1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

Kathy DeSalvo                )
                             )   Civil Action No. CV-F-1:05-CV-919 AWI DLB
                             )
        Plaintiff,           )   STIPULATION AND ORDER
                             )
vs.                          )
                             )
JO ANNE B. BARNHART,         )
Commissioner of Social       )
Security,                    )
                             )
        Defendant.           )
_____)

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until March 11, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, July 18, 2005, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

1 | Dated: February 13, 2006 | /s/ Gina Fazio

GINA FAZIO,
Attorney for Plaintiff.

Dated: February 14, 2006

MCGREGOR SCOTT
United States Attorney

By: /s/ Kimberly A. Gaab
(as authorized via facsimile)
KIMBERLY A. GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

  **Dated:**    **February 17, 2006**         **/s/ Dennis L. Beck**
3c0hj8                                           UNITED STATES MAGISTRATE JUDGE