1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

Kathy DeSalvo                )
                             )   Civil Action No. CV-F-1:05-CV-919 AWI DLB
                             )
        Plaintiff,           )   STIPULATION AND ORDER
                             )
vs.                          )
                             )
JO ANNE B. BARNHART,         )
Commissioner of Social       )
Security,                    )
                             )
        Defendant.           )
_____)

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until April 26, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, July 18, 2005, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: April 3, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: April 3, 2006 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| | | By: /s/ Kimberly A. Gaab |
| 6 | | (as authorized via facsimile) |
| | | KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

    **Dated:   April 4, 2006**　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE