1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 Kathy DeSalvo            )
                            )   1:05-CV-919 AWI DLB
11                          )
        Plaintiff,          )   STIPULATION AND ORDER
12                          )
   vs.                      )
13                          )
   JO ANNE B. BARNHART,     )
14 Commissioner of Social   )
   Security,                )
15                          )
        Defendant.          )
16 _____)

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an additional extension of time, until May 8, 2006, in which to serve

20 Plaintiff's Confidential brief.  Counsel is attempting to obtain additional evidence for

21 submission with said brief.  All remaining actions under the scheduling order filed, July 18,

22 2005, shall proceed under the time limit guidelines set therein.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated: May 3, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: May 4, 2006 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kimberly A. Gaab <br> (as authorized via facsimile) <br> KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:** **May 8, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                                UNITED STATES MAGISTRATE JUDGE