IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DeSALVO,  )<br>  )<br>  )<br>  )<br>  )<br>       Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>JO ANNE BARNHART, Commissioner,  )<br>  )<br>  )<br>       Defendant.  )<br>_____ ) | 1:05cv0919 AWI DLB<br><br>ORDER VACATING<br>ORDER TO SHOW CAUSE<br><br>(Document 21) |

     On July 8, 2005, Plaintiff filed the present action in this Court.

     On June 9, 2006, the Court issued an order to show cause to Plaintiff based on her failure to file an opening brief. Upon further review of the docket, it appears that this order was issued in error. Accordingly, the June 9, 2006, order to show cause is VACATED.

     IT IS SO ORDERED.

     Dated: __June 28, 2006__           __/s/ Dennis L. Beck__
3b142a                                                      UNITED STATES MAGISTRATE JUDGE

1