McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DESALVO, ) | 1:05-CV-0919 AWI DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter brief be extended from July 6, 2006 to July 31, 2006.

///

///

///

///

///

///

1

 1    This is defendant's first request for an extension of time
 2 to respond to plaintiff's confidential letter brief.  Defendant
 3 needs to further review the file and prepare a response in this
 4 matter.

                                    Respectfully submitted,


Dated: July 6, 2006                 /s/ Gina M. Fazio
                                    (As authorized via facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: July 6, 2006                 McGREGOR W. SCOTT
                                    United States Attorney



                                    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney






     IT IS SO ORDERED.

     Dated:   July 11, 2006                /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE

                                    2