McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DESAVO, ) | 1:05-cv-0919 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | FOR REMAND PURSUANT TO |
| ) | SENTENCE FOUR OF 42 U.S.C. |
| JO ANNE B. BARNHART, ) | § 405(g), and |
| Commissioner of Social ) | |
| Security, ) | REQUEST FOR ENTRY OF JUDGMENT |
| ) | IN FAVOR OF PLAINTIFF AND |
| Defendant. ) | AGAINST DEFENDANT |
| _____) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

1. Address the medical opinion of Raymond Hoobler, Ph.D., and the issue of whether the opinion would satisfy the requirements of paragraph B in the Commissioner's Listing of Impairments, Sections 1.04 and 12.06, and provide sufficient rationale to account for those portions of the opinion that are rejected and for those

portions of the opinion that are accepted;

2. Re-evaluate lay witness testimony (and statement) and provide specific reasons for discounting testimony in accordance with the Order of the Appeals Council dated August 15, 2003; and,

3. Re-evaluate plaintiff's testimony, reassess plaintiff's residual functional capacity and if necessary, obtain vocational expert and medical expert testimony.

4. Finally, as this case was previously remanded to the same ALJ, this case will be remanded to a different ALJ for a full sequential evaluation and review as indicated herein.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 19, 2006        /s/ Gina M. Fazio
                            GINA M. FAZIO
                            (As authorized via facsimile)
                            Attorney for Plaintiff

Dated: July 20, 2006        McGREGOR W. SCOTT
                            United States Attorney

                            /s/ Kimberly A. Gaab
                            KIMBERLY A. GAAB
                            Assistant U.S. Attorney

//

//

**ORDER**

This action is REMANDED pursuant to the parties' stipulation. The Clerk of the court is directed to enter a final judgment in favor of plaintiff and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

**Dated:   July 24, 2006**                    /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE